IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **HEALY LONG & JEVIN, INC.,** *Plaintiff,* v. **CQSA CONSTRUCTION, LLC & BKV GROUP DC,** *Defendants.* | **CIVIL ACTION** **NO. 25-3156** |
|---|---|

## ORDER RE: MOTION TO DISMISS AND MEDIATION

**AND NOW**, this 18th day of November, 2025, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

Defendant CQSA Construction, LLC's Motion to Dismiss (ECF 4) is **DENIED**.

The parties shall, with their counsel, promptly discuss proceeding with mediation within 30 days of this Order, with a new mediator as contemplated by the Contract. If the parties are unable to agree on proceeding, and/or on a new mediator, the parties must file a status report with the Court within 21 days of this Order. Assuming selection of a mediator, the Court will stay the case for a minimum of 60 days to allow the parties to focus on mediation. The mediation fee shall be split equally between the parties.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-3156 Healy Long & Jervin, Inc. v. CQSA Construction et al\25-3156 Order on MTD and Mediation.doc