**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HEALY LONG & JEVIN, INC.,**<br>*Plaintiff,*<br><br>**v.**<br><br>**CQSA CONSTRUCTION, LLC, et al.**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 25-3156** |

**ORDER RE: MOTION TO DISMISS (ECF 54)**

**AND NOW**, this 18th day of August, 2026, upon review of the Motion to Dismiss (ECF 54) by Defendants Matthew Pestronk and Michael Pestronk ("the Pestronks"), Plaintiff Healy Long & Jevin, Inc.'s ("Healy") Response in Opposition (ECF 56), and the Pestronks' Reply (ECF 59), and for the reasons stated in the accompanying memorandum of law, it is hereby **ORDERED** that the Motion is **GRANTED** and Count V of the First Amended Complaint (ECF 48) is **DISMISSED** without prejudice and with leave to amend.

Healy may file an amended complaint within 14 (fourteen) days of this Order.

**IT IS SO ORDERED.**

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-3156 Healy Long & Jervin, Inc. v. CQSA Construction et al\25cv3156 Order on MTD [ECF 54].doc